IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31042
Summary Calendar
_____

ENTRON LTD.; ENTRON OFFSHORE (A P) P T E LTD.,

Plaintiffs-Appellants,

versus

NOBLE LIFTER CRANE VESSEL, in rem, ET AL.,

Defendants,

NATIONS CREDIT COMMERCIAL CORPORATION, formerly known as Greyrock
Capital Group, Inc.,

Claimant - Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CD-817
- - - - - - - - - -
July 17, 1997
Before JOLLY, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Entron Ltd. and Entron Offshore (A.P.) PTE. Ltd. ("Entron") appeal from the district court's grant of summary judgment dismissing their claim of a maritime lien pursuant to 46 U.S.C. § 31342. The district court will be reversed only for plain error because Entron did not object to the magistrate judge's

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

recommendation and report.  See Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1428-29 (5th Cir. 1996)(en banc).  Entron did not carry its burden of proving plain error.  See Highlands Ins. Co. v. National Union Fire Ins. Co., 27 F.3d 1027, 1032 (5th Cir. 1994), cert. denied, 513 U.S. 1112 (1995).

AFFIRMED.